## WM. CATES v. E. J. GREEN & OTHERS.

**Equitable Lien—Notice.**
> Where one holds an equitable lien on property, no notice is necessary of same, to a purchaser of a subsequent and subordinate equity.

APPEAL FROM GRANT CIRCUIT COURT.

September 13, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

As the record furnishes no reason to doubt that Plunket's legal title is indisputable, the conveyance made by him *pendente lite* should be deemed a sufficient assurance of title to Cates. Green

does not appear to have acted in buying the Equity, otherwise than as Cate's agent, and the indorsement on the memorial of his contract to procure an assignment of the title bond to Cates shows that Cates accepted the assignment as made in fulfillment of Green's undertaking. It sufficiently appears that Hudson, as assignee of Plunket holds an equitable lien on the title; and not only was there no need of notice thereof to Cates when he bought a subsequent and subordinate equity, but he had presumed actual notice when he accepted the assignment.

But, as Franks seems to owe and to have promised Cates to pay the Hudson note, the court ought, by judicial order, to have required him to pay that debt to Hudson, or otherwise procure a release of Hudson's lien, before decreeing the sale of the land for enforcing the lien against Cates, which ought to be the last resort. For this cause the judgment for sale is reversed and the cause remanded for further proceedings for effectuating the end just indicated in the mode suggested or, if that fail, for a judgment for the amount of the lien in favor of Cates against Franks on the prayer for general relief. As Green has not denied that he represented the title as unimcumbered, he might be liable for the costs of the litigation and may possibly be liable to Cates for indemnity against the incumbrance, if he should fail in otherwise obtaining it, and for that purpose, the pleading, as between them, may be amended, and therefore the judgment in Green's favor is also reversed.

*Drane, Collins, for appellant.*
*McManama, for appellee.*